**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1302-ADA** |
| | § | |
| **OFFICER BROOKS, et al.** | § | |

### ORDER

On December 16, 2021, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until January 17, 2022, to comply with both of the Court's orders. To date, Plaintiff has failed to respond to either order.

It is **ORDERED** that Plaintiff shall show cause on or before **February 17, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on January 18, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1