FILED

January 18, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____lad_____
DEPUTY

1.   In your complaint, you have named Officer Brooks as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

OFFICER BROOKS WAS THE SUPERVISOR IN THE MAILROOM, AND OFFICER BROOKS WAS DELAYING And taken MAIL AWAY without good cause enclosed ARE some of officer Brooks response to request And questions I have Asked her.

WHEN I Reminded OFFICER BROOKS ON THE Policy and the MY CONSTITUTIONAL RIGHTS AS A PRISONER, AND THAT MY MAIL CAN NOT BE TAKEN AWAY WITHOUT VALID REASON, HER REPLY IS "She will do what she want, thats best FOR The JAIL" (VERALLY) Her Actions TO IMPROPERLY TAMPER WITH THE MAIL SYSTEM IS NOT ONLY A VIOLATION OF MY 1st RIGHTS, BUT ITS Also A Violation oF Limestone county Detention center Policy, AND A FEDERAL OFFENSE, ON SEVERAL PIECES OF MAIL THAT WAS TAKEN. NONE OF THEM WAS labeled, CONTRABAN, I HAVE NO MAIL RESTRICTIONS BY THE COURTS OR FACILITY, THIS Became A RETALIATION ATTACK BECAUSE of my on-going complaints.

2

2.    In your complaint, you have named Warden E. Williams as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

Warden E Williams is Liable because I brought this to his attention and he Fail to address and or Fix the Problems,

AND AS WARDEN of LIMESTONE COUNTY DETENTION CENTER HE IS TOTALLY RESPONSIBLE FOR THE PROblems he know About, and the problems he doesn't know About,

THE MISCONDUCT OF HIS OFFICERS AND POLICY IS TOTALLY WARDEN E WILLIAMS Responsibility or holds HIM LIABLE, BECAUSE HE SUPPOSE TO HAVE PEOPLE IN POSITION TO MAKE SURE Violations ARE PREVENTED

3

3.    In your complaint, you have named Officer West as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

I Slipped and fell and hurt my Knees And I asked for medical Attention, And they (West) Denied me And told me "he had to many" things going on.

4

4.   In your complaint, you have named United States Marshals as a defendant. Plaintiff must specify the defendants he asserts violated his rights. Identify an individual defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when. Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

THE MARSHALS HAVE A CONTRACT WITH LASALLE CORRECTIONS / LIMESTONE COUNTY / Detention I HAVE WROTE COMPLAINTS TO THE MARSHALS AND PHONE CALLS HAVE BEEN MADE, PROBLEMS STILL EXIST AND NOTHING HAS CHANGE. See Letters Enclosed.

Its NOT JUST PROBLEMS, ITS VIOLATIONS, LIMESTONE DETENTION CENTER STAFF (MOST) TO VERBAL TALK, BELIEVES "You ARE AN INMATE," "You ARE Black" "You people" "Monkey singing" "BLACK" JUST GIVING EXAMPLES OF The Kind of talk THAT comes out The MOUTH of MOST THE OFFICERS, AND THEY (OFFICERS)

FEEL They can Keep Law Library From you, NOT Provide you with proper and just medical ATTENTION, Illegal use of FORCE, Retaliation.

5. Please state whether you are presently incarcerated, i.e., serving a term of imprisonment based upon a criminal conviction.

Yes I Am incarcerated Awaiting Trial.

6. If your answer to question 5 above was "yes," please state (1) the date of your conviction, (2) the nature of the offense(s) that form the basis for your current incarceration, (3) the date, if you know, when you expect to be released.

I Am NOT CONVICTED, BUT MY ALLEGE Offense IS 922(G) And 924(A)(2)

7. Please state whether you are currently awaiting trial on any criminal charges. Yes I Am currently Awaiting Trial.

8. If your answer to question 7 above was "yes," please state (1) the date your current pretrial detention began, (2) the exact nature of the criminal charge(s) that form the basis for your current pretrial detention, (3) the court in which the cases against you are pending, (4) your expected trial dates, if known, and (5) the name of the attorneys who represent you in each case or whether you are representing yourself in your criminal case(s). Please be specific.

1 My PreTrial Began Oct 4, 2021
My Charge is Criminal possession of A weapon By Felon 922(G) & 924(A)(2)

The COURT is The NORThern DISTRICT COURT, DAllAS; DIVISION. EXCUSE ME   UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS; DIVISION

MY ATTORNEY NAME IS Ezeiqel Tyson
342 W. MontanA Ave.
DAllAS, TX 75224

7

9.  Please state whether you are currently being held in custody pending parole or probation revocation proceedings.

N/A

10. If your answer to question 9 above was "yes," please state (1) the date your current detention began, (2) the exact nature of the charge against you, and (3) the expected date of your parole or probation revocation hearing, if any. Please be specific.

N/A

11. Your complaint alleges that you were denied adequate medical care. Describe with detail the medical problem that forms the basis of your complaint. What problem are you complaining about? Be specific.

I HAVE BEEN COMPLAINING ABOUT MY HIGH BLOOD PRESSURE AND MY MEDS WAS CHANGED TO THE WRONG, TIME AND TOO MUCH AT ONE TIME THAT COULD HAVE MADE IT LIFE THREATENING, BOTH (L) AND (R) Knees PAIN AND WAS requesting PAIN meds, but WAS TOLD TO go Buy off commissary, I HAVE BACK PROBLEMS, Kidney Problems, I suppose TO BE TREATED WITH THE PROPER MEDS NOT GIVEN IBPHONEN OR WORST DENIED.

I ALSO HAVE A CISS ON MY (R) Shoulder that has BEEN Denied.

9

12. Answer the following questions for each alleged denial of medical care that you complain of in this case:

   a. What exact treatment did you request?

   1 Request An extra mattress for my bad back (Hemerrted DIC)

   2. Pain meds for my Knees, MRI, XRAYS

   3. Pressure meds

   4. Removal of CISS

   5. Evaluation of my Kidney functions.

   b. Explain what treatment you were denied and why you feel you should have received it. Be specific.

   I WAS Denied An extra mattress and was told by Dr LAX That I would need to have surgery to Have An extra mattress,

   I ASK for A MRI ON my Knees (L) (R) And was Denied, reason was They needed The Approval of the Marshals.

   I ASK for A XRAY on my (L)(R) Knees And WAS Denied.

   I Asked to be Examined by the Neaologist (Hope I spelled it correct.) But I was Denied, Dr Lax without even Touching me said I have Kidney stones its nothing he can do I can go back.

10

c. On what date did this occur? If you do not know the exact date, then try
   to provide an approximate date.

DEC 28 2021    I Think I don't really Know the dates
But Grievances was Filed, I suppose to
get A copy of the Grievances, but never
gotten Any copies to give you exact
Dates, sorry About that, I don't have the
proper tools to Address my case Exactly AS
it has happen, due to the Fact LCDC
Doesn't supply you or give you Access
To The Things you need to Fight your
case, But I will come close.

d. Who (name, title, and by whom employed) denied you medical care?

Dr LAX (Medical Director)
Officer WeST
Officer Barnes
Nurse I am not Aware of her name
Nurse White

11

e. If you know, state why you were denied the requested care.

I really don't Knao, I was just told by Medical, That All Meds And procedures like MRI's or XRAP. Have to be Approved by the U.S Marshals.

f. At the time you were denied the requested care, were you provided with some other type of treatment, medication, or care? If so, please explain.

No I was not And I Am still dealing with Medical issues As they have gotten worst,

Sorry I only got Medication for my pressure.

g. At the time you were denied the requested care, were you receiving treatment, medication, or care for another condition? If so, please explain.

Yes for my High Blood Pressure.

h. What harm has resulted from the alleged denial of medical treatment?

Being that I have Artificial Knees (L) (R) and I have not received no MRI or xrays to further evaluate my condition, I am in pain and I have popping of the joints. I still have my ciss and its getting bigger and painful. The pain in

My Back is Becoming more complex for me to walk, sit or sleep.

13

13. In your complaint you have named Limestone County Detention Center as a Defendant. Limestone County Detention Center is not a legal entity capable of being sued. *See Darby v. Pasadena Police Dep't*, 939 F.2d 311 (5th Cir. 1991) (holding that police and sheriff's departments are governmental subdivisions without capacity for independent legal action). Are you alleging that any of the damages which you seek to recover in this lawsuit were the product of any policy, practice, or custom of Limestone County, Texas? If your answer is "yes," please identify each and every policy, practice or custom of Limestone County, Texas that you allege caused any deprivation of your constitutional rights. If your answer is "no," please state each and every reason why you believe that you are entitled to recover a judgment against Limestone County, Texas in this lawsuit.

Limestone County Detention Center IS A Private Federal Holding Facility And This Holding facility IS Liable, responsible for me being deprived Medical Treatment, Law Library, And violation of their own policy.

14

14.  In your complaint, you have named LaSalle Corrections as a defendant. State exactly what it is that this defendant personally either did or failed to do while acting under color of state law that you believe violated your constitutional rights, and when.  Specifically state each and every injury, harm, damage or other adverse consequence which you suffered as a result of the acts or omissions of this defendant. Be specific.

LASalle Corrections is The umbrella FOR LiMESTONE county DETENTION CENTER OR MAYbe the corporation who Funds or insure Limestone Detention center, Nevertheless I put All parties That may or may not be involed and let the Honorable judge Sort them out.

15. You allege that defendants denied access to, destroyed, or took your of personal property, specifically your mail. Answer the following questions regarding this allegation:

a. Identify the items of property that were taken.

My mail was taken And some of my mail was Destroyed.

b. On what date were the items taken?

I don't Know but enclosed Are sL Attached correspondence of Officer Brooks and I back and Forth.

c. Were you given a receipt for the property?

Yes

d. What reason was given for taking your property? Be specific.

OFFICER BROOKS said I had Stains on my Letters.

e. Was your property returned? If so, when?

No

f.  If your property was not returned, state what happened to your property.

Officer Brooks said it was destroyed, And this is ~~legal~~ [SL] mail. that under the constitution for prisoners this is a violation, under their policy Its a violation.

g.  Do you claim that your property was wrongfully taken pursuant to a prison policy? If so, identify the prison policy to the best of your ability and explain why the taking was wrongful.

The prison Policy says All mail will be searched ingoing And outgoing, Legal mail will be opened in front of the inmate, unless Restrictions All mail will be given to the inmate.

18

h. Do you claim that your property was taken without due process?  If so, exactly what process do you claim that you were denied?

The right to have my ACCESS TO my MAIL
The right to hAVE proper Medical And MEDICAL TREATMENT
The right TO be Treated AS A human being and not A ANimAl, TO NOT be deprived my right to Religion, TO be able to go to religious services.

19

16. Are you complaining that you were denied access to the courts because your property was taken? If so, answer the following questions:

NO I was saying that I was denied my property that I needed that could have potentially cleared me of my criminal Charges.

    a. Explain how you were denied access to courts.

N/A

b. What cases were you working on when you were denied access to the courts? What type of proceeding(s) were you seeking to file?

N/A

c. What were the cause numbers, and in which courts, state or federal, were the cases pending or to be filed?

N/A

IF you Are refering to my criminal chages
It is 922(G) & 924(A)(2)
Federal case

d. For each case, who were the parties and what were the basic claims?

UNITED STATES vs. SHERMAINE LASTER

I WAS Arrested For 922(G) "going to A gun Range".

21

e. In which of those cases, if any, were you represented by counsel?

IF you speaking About civil No, but criminal was Mrs Mana Torres Chin.

f. Were you substantially delayed in obtaining judicial review of your claims as a result of the denial of access to the courts? If so, state with respect to each case how you were delayed, what was the cause of the delay, and what specific harm resulted from the delay. Also, what is the status of those cases now?

N/A

22

g. Did you lose the right to commence, prosecute, or appeal any suit as a result of the denial of access to the courts? If so, state with respect to each case how you were prevented from commencing, prosecuting, or appealing. What is the status of those cases now?

N/A

h. To the extent not already mentioned, how were you harmed by the denial of access to courts?

I'm still incarcerated And I have still not received Medical Treatment properly. And Access to Law Libary.

23

17.   Plaintiff is to include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Title 28 U.S.C. Section 1746.  Signed this _13_ day of _January_, 2022.
>
> Signature of Plaintiff

**SIGNED** on December 16, 2021

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

24

To The Honorable Courts;

This is a letter to the courts as witnesses and through experience about the medical conditions here at Limestone County Detention Center, **Fact 1.** We By Signatures below have been denied Medical Attention, **OR** have had the Medical Director Dr Lax evaluate patients on through **VISUAL and NEVER PHYSICALLY INTERACTING with any of the detainees,** We witness Mr Laster complaining about his Medical Conditions of his high blood pressure, bad back, and We believe his knees, and he was denied, unaware if his Medical needs were met. **Fact 2.** We the undersigned have heard Mr Laster complain to Medical Staff (Dr Lax) and Dr Lax reply was "you are telling me too many things wrong, you can go back" unqoute, this is normal here at this holding Facility and instead of the Staff doing what they suppose to do, **they do what they want to do.** We attest that the following statement in this court is true and we ask that the court accept this into evidence. Due the **DANGER OF RETALIATION OF LIMESTONE COUNTY DETENTION CENTER, I WILL REMAIN NAMELESS AS THE PREPARER.**

Respectfully Submitted, Undersigned Witnesses

1/13/22

Tony Browning

Brandon Wright

Rene Valenzuela

Ronald Ward

Raymond K. Ferrell

Thomas Jones

Ja'Cory Anderson

Shermaine Laster

Raphael Jefferson

LIMESTONE COUNTY DETENTION CENTER
SHERMAINE LASTER #52285509
910 N TYUS STREET
GROESBECK, TX 76642

CLERK, U.S. D
WESTERN DISTR
UNITED STATES C
800 FRANKLIN
WACO, TEXA