**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1302-ADA** |
| | § | |
| **OFFICER BROOKS, et al.** | § | |

## ORDER

On December 16, 2021, the Court ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until January 17, 2022, to comply with the Court's order. On January 18, 2022, Plaintiff filed an application to proceed in forma pauperis that was deficient because it did not include a certified six-month history of his inmate trust fund account. The Court ordered Plaintiff to submit a properly supported and signed application by February 21, 2022. On February 7, 2022, Plaintiff again filed a deficient application to proceed in forma pauperis without a certified six-month history of his inmate trust fund account. The Court again dismissed his application to proceed in forma pauperis and ordered him to submit a properly supported and signed application by March 12, 2022. To date, Plaintiff has failed to respond to the Court's order.

It is **ORDERED** that Plaintiff shall show cause on or before **April 13, 2022**, why Plaintiff's complaint should not be dismissed for want of prosecution or for failure to

1

obey an order of the Court. Failure to respond to this order will result in the dismissal of this case.

**SIGNED** on March 14, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

2