**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **SHERMAINE LASTER** | § | |
| **(Limestone County #52285509)** | § | |
| | § | |
| **V.** | § | **W-21-CA-1302-ADA** |
| | § | |
| **OFFICER BROOKS, et al.** | § | |

## ORDER OF DISMISSAL

On December 16, 2021, the Court ordered Plaintiff to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis. Plaintiff had until January 17, 2022, to comply with the Court's order. Plaintiff filed an application to proceed in forma pauperis on January 18, 2022. However, the Court dismissed Plaintiff's in forma pauperis application because it was deficient. Plaintiff was ordered to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis, including a certified six-month history of his inmate trust fund account by February 21, 2022. On February 7, 2022, Plaintiff again filed a deficient application to proceed in forma pauperis without a certified six-month history of his inmate trust fund account. The Court again dismissed his application to proceed in forma pauperis and ordered him to submit a properly supported and signed application by March 12, 2022. Plaintiff failed to respond to the Court's order. On March 14, 2022, the Court ordered Plaintiff to show cause by April 13, 2022, why his case should not be dismissed for want of prosecution. To date Plaintiff has failed to respond to the Court's order and has failed

to submit either the filing fee of $402.00 or a completed application to proceed in forma pauperis, including a certified six-month history of his inmate trust fund account.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders, his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**.

**SIGNED** on April 20, 2022

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE